[No. 64219-7-I.   Division One.   November 1, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. YOBACHI AYO FRAZIER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-05760-5, Michael Hayden, J., entered September 8, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Leach, A.C.J., and Ellington, J.

[No. 64247-2-I.   Division One.   November 1, 2010.]

INDEMNITY INSURANCE COMPANY OF NORTH AMERICA ET AL., *Respondents*, v. THE CITY OF TACOMA ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-18169-8, Dean Scott Lum, J., entered September 9, 2009. *Affirmed* by unpublished opinion per Cox, J., concurred in by Dwyer, C.J., and Leach, J.

[No. 64269-3-I.   Division One.   November 1, 2010.]

SERGEY SAVCHUK, *Appellant*, v. STEVEN G. JERDE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 09-2-00357-9, Ira Uhrig, J., entered September 15, 2009. *Reversed* and *remanded* by unpublished opinion per Schindler, J., concurred in by Grosse and Becker, JJ.

[No. 64535-8-I.   Division One.   November 1, 2010.]

METCO HOMES, LLC ET AL., *Appellants*, v. N.P.R. CONSTRUCTION, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-2-08241-1, James H. Allendoerfer, J., entered July 31, 2008. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Spearman, J., concurred in by Leach, A.C.J., and Appelwick, J.